```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```

**VJ, LLC,**

      Plaintiff,

vs.                                                      NO. 14-2919-Ma

**STATE AUTO PROPERTY and
CASUALTY INSURANCE CO.,**

      Defendant.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order of Dismissal, docketed September 21, 2016. Each party to bear its own attorneys' fees and discretionary costs. Court costs, if any, are to be taxed to State Auto Property and Casualty Insurance Co.

**APPROVED:**


  *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


  *September 21, 2016*                         THOMAS M. GOULD
DATE                                                     CLERK

                                                   *s/ Zandra Frazier*
                                                   (By) DEPUTY CLERK